IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILICA SUMAKOVIC,<br>Reg. No. 29920-510, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | CASE NO. 2:25-CV-275-WKW<br>[WO] |
| WARDEN, FCI ALLENWOOD, | )<br>)<br>) | |
| Respondent. | ) | |

**<u>ORDER</u>**

Milica Sumakovic, a federal inmate at the Aliceville Federal Correctional Institution, commenced this action by filing a petition seeking habeas corpus relief under 28 U.S.C. § 2241. (Doc. # 1.) Ms. Sumakovic challenges the manner in which credits under the First Step Act have been applied to her sentence. *Id*.

Proper venue for a § 2241 petition is the federal district where the prisoner is confined at the time of filing. *See* 28 U.S.C. § 2241(a) (providing that district courts are limited to granting habeas relief "within their respective jurisdictions"); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (stating that for "core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement"); *United States v. Michel*, 817 F. App'x 876, 879 (11th Cir. 2020) (per curiam) (noting that § 2241 may be brought only in district where inmate is incarcerated) (citations omitted). Ms. Sumakovic is confined at the Aliceville

Federal Correctional Institution, located in the Northern District of Alabama. Thus, venue for this § 2241 action is proper in the Northern District of Alabama.

Accordingly, it is ORDERED that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama. *See* 28 U.S.C. § 1406(a) (providing when venue is improper that district court may dismiss or transfer case to district or division where case could have been brought).

DONE this 22nd day of April, 2025.


/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE